JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No. CV 20-9343 FMO (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PETER BOK HWANGBO, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 15th day of January, 2021.

/s/
Fernando M. Olguin
United States District Judge